In the Matter of the Accounting of the NEW YORK TRUST COMPANY, as Substituted Trustee for MARGARET L. WINSLOW, under the Will of JAMES WINSLOW, Deceased.

LANIER MCKEE et al., as Executors of and Trustees under the Will of L. LANIER WINSLOW, Deceased, et al., Appellants; ARTHUR W. LITTLE et al., Respondents.

(Argued March 30, 1932; decided April 26, 1932.)

*William Lloyd Kitchel, M. Glenn Folger* and *J. Delafield DuBois* for Lanier McKee, the New York Trust Company, as executors, etc., under the will of L. Lanier Winslow, deceased, and L. Lanier Winslow, Jr., et al., infants, appellants.

*Harland B. Tibbetts* for Arthur W. Little, Jr., respondent.

*Cornelius P. Cotter* for Winslow Little, respondent.

*Harold R. Medina* and *Rufus C. Van Aken* for the New York Trust Company, as substituted trustee for Margaret L. Winslow under will of James Winslow, deceased, respondent.

*Herman Aaron* for Mary R. Braman, *amicus curiæ.*

*Harrison Tweed* and *John E. Lockwood* for Milbank, Tweed, Hope and Webb, *amici curiæ.*

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.